UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| WILLIE S. ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Law No.:    09-2177 |
| | ) | |
| DANIEL WALSH, Sheriff of Champaign County, | ) | |
| Illinois, in His Individual and Official Capacities, | ) | |
| UNKNOWN SHERIFF'S DEPUTIES, in Their | ) | |
| Individual and Official Capacities, and | ) | |
| FRAN WORKMAN, GREG WHICKER | ) | |
| DR. CULLINAN, NANCY GRIFFIN, | ) | |
| KENDRA ADAMS, SUSAN SWAIN, | ) | |
| DAVID SMALLEY, MICHAEL JOHNSON, | ) | |
| JEFF OGLE, in Their Individual and | ) | |
| Official Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, WILLIE SHOES ROGERS, against DANIEL WALSH, SHERIFF OF CHAMPAIGN COUNTY, ILLINOIS, in his individual and official capacities, COUNTY OF CHAMPAIGN, ILLINOIS, and NANCY GRIFFIN, DAVID SMALLEY, MICHAEL JOHNSON, and JEFF OGLE, each in their individual and official capacities, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

WILLIE SHOES ROGERS, Plaintiff

BY:
Julie Hererra
ED FOX & ASSOCIATES

DANIEL WALSH, SHERIFF OF CHAMPAIGN
COUNTY, ILLINOIS, in his individual and
official capacities, COUNTY OF
CHAMPAIGN, ILLINOIS, and NANCY
GRIFFIN, DAVID SMALLEY, MICHAEL
JOHNSON, and JEFF OGLE, each in their
individual and official capacities, Defendants

BY:
Keith E. Fruehling
HEYL, ROYSTER, VOELKER & ALLEN